2400 Research Boulevard
Suite 500
Rockville, MD 20850-3266
(301) 556-4300
fax (301) 556-0100
www.nebf.com



**National Electrical Benefit Fund**

Lawrence J. Bradley
EXECUTIVE SECRETARY-TREASURER

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF
NEW YORK

2018 OCT 29  P 1: 43
RECEIVED/MR

January 25, 2018

GREGG R HACKER
3394 5TH STREET
OCEANSIDE, NY 11572

xxx-xx-8108
Case # 8-18-77092

Dear Mr. Hacker:

Congratulations! We are pleased to inform you that your National Electrical Benefit Fund (NEBF) Pension Application for Early Benefits has been approved. Your pension effective date is January 2018, and you have accumulated thirty seven years of benefit service credits.

Beginning January 2018 you will receive a monthly benefit of $818.48 less $81.85 withheld for federal income tax for a total of $736.63. NEBF monthly benefit payments are made on the last working day of the month.

You will receive this benefit in the form of a joint and survivor annuity. Upon your death, your spouse, Sandra Hacker, will receive three-quarters of your monthly benefit for their lifetime. If your spouse predeceases you, your benefit will increase to the lifetime amount.

Please notify us in writing of any change in your mailing address and/or if you change the financial institution or account where your payments are being sent. You can download Change of Address and Direct Deposit forms from our website at www.nebf.com. You should keep the old account open until the first benefit payment is credited to the new account.

We may review your file in the future. In that case, we will send you a Pensioner's Status Form that you will need to complete and return.

In an effort to reduce administrative costs and improve efficiency, you will have the option to securely access and print your own Form 1099-R tax form online by January 15th every year. Take advantage of this new cost efficient feature by registering online at www.nebf.com.

If you have any questions about your benefit payments, please call our office and a participant service representative will be happy to assist you. You can also visit our website for more information.

Sincerely,

*Lawrence J. Bradley*

Lawrence J. Bradley
Executive Secretary-Treasurer
LJB/SYS
**Enclosure(s): NEBF Return to Work Policy**

|        |           |
|--------|-----------|
| DATE   | 2/6/2017  |
| NAME   | Gregg Hacker |
| SS#    | -8108     |

_____ Years in good standing      | 38 |  Years employed by a contributing JIB employer
$ 85.00 Unit Benefit

| | | |
|---|---|---|
| Annuity (A) fund balance | $ 103,525.09 | Withdrawal up to $2,500.00 monthly. |
| Additional Security (B) balance | N/A | Withdrawal $175.00 to $ 777.00 weekly optional. |
| 401K balance* | $ 194,797.21 | Lump sum or installments. |
| Health Reimbursement (HRA) balance | $ 1,574.38 | Continue to withdraw as claims are submitted |
| Vacation/Holiday/Unemployment (VHU) balance | N/A | Lump sum |

(* EXCLUDES ANY OUTSTANDING LOAN BALANCE)

### ESTIMATED MONTHLY PENSION BENEFITS

The figures below are only a projection and subject to change upon a complete record eligibility check and approval of the Pension Committee. **Your case will be presented before a scheduled Pension Committee meeting based on your effective date of pension and receipt of completed applications by this office.**

**EARLY RETIREMENT PENSION**
***Lifetime Annuity**

| | | | | |
|---|---|---|---|---|
| JIB  | Age | 59.2 | 95.0% | $3,068.50 |
| NEBF | Age | 60   | 81.50% | |

### JOINT & SURVIVOR PENSION OPTIONS

The Husband and Wife Pension provides a lifetime pension for the member plus a lifetime pension to the surviving spouse starting after the death of the member. If you do not reject the option, the calculations are as follows:

| Joint & 50% Survivor Benefit | | Joint & 75% Survivor Benefit | | Joint & 100% Survivor Benefit | |
|---|---|---|---|---|---|
| $ 3,068.50 | Monthly Pension Benefit | $ 3,068.50 | Monthly Pension Benefit | $ 3,068.50 | Monthly Pension Benefit |
| X 88.20% | Reduction factor (SPOUSE 2 YEARS YOUNGER) | X 83.00% | Reduction factor (SPOUSE 2 YEARS YOUNGER) | X 78.30% | Reduction factor (SPOUSE 2 YEARS YOUNGER) |
| $ 2,706.42 | Joint & 50% Survivor Pension | $ 2,546.86 | Joint & 75% Survivor Pension | $ 2,402.64 | Joint & 100% Survivor Pension |
| X 50% | Spouse's Entitlement | X 75% | Spouse's Entitlement | X 100% | Spouse's Entitlement |
| $ 1,353.21 | Monthly payments to surviving Spouse for life | $ 1,910.14 | Monthly payments to surviving Spouse for life | $ 2,402.64 | Monthly payments to surviving Spouse for life |

### FOR JIB PENSION

If the member survives the spouse, the pension will revert to the full amount.

In the event a member has not chosen the spouse option and is receiving pension and should die before he has received 36 payments, then the spouse shall receive the unpaid balance of 36 payments.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

**PAYMENT ADVICES COVER SHEET**
in Accordance With 11 U.S.C. Sec. 521(a)(1)(B)(iv)

In re:   GREGG ROBERT HACKER

Debtor(s)

Case No. 8-18-77092

Chapter: 13

*Please Check the Appropriate Box.*

**For Debtor:**

☐ Payment Advices are Attached.

- Number of Payment Advices Attached: _____
- Period Covered: _____ (If period covered is less than 60 days or 8 weeks, attach an explanation)
- Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to Filing the Bankruptcy Petition: _____

**For Joint Debtor, if applicable:**

☐ Payment Advices are Attached.

- Number of Payment Advices Attached: _____
- Period Covered: _____ (If period covered is less than 60 days or 8 weeks, attach an explanation)
- Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to Filing the Bankruptcy Petition: _____

---

**For Debtor:**

☐ No Payment Advices are Attached (the debtor had no income from any employer during the 60 Days Prior to Filing the Bankruptcy Petition).

☐ No Payment Advices are Attached for Some Other Reason. *(Attach an explanation)*

**For Joint Debtor, if applicable:**

☐ No Payment Advices are Attached (the debtor had no income from any employer during the 60 Days Prior to Filing the Bankruptcy Petition).

☑ No Payment Advices are Attached for Some Other Reason. *(Attach an explanation)*
  ✱ RETIRED - PENSION Statement ATTACHED

I declare under penalty of perjury that I have read this Payment Advices Cover Sheet and the attached payment advices, consisting of ___ sheets, numbered 1 through ___, and that they are true and correct to the best of my knowledge, information and belief.

Signature of Debtor: _[signed]_            Date: 10-23-18

Signature of Joint Debtor: _____  Date: _____

Payment Advices Cover Sheet 4/11/06